UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

FILED
2007 NOV -7 PM 3: 46

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 2:07CR 156 JM |
| v. ) | 18 U.S.C. 2422(b) |
| MICHAEL BELL ) | |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT 1**

Between on or about August 14, 2006, through on or about August 18, 2006, in the Northern District of Indiana and elsewhere, the defendant

MICHAEL BELL

did use a facility and means of interstate commerce, to wit; the World Wide Web internet, to knowingly attempt to persuade, induce, entice, and coerce an individual whom the defendant believed to be a female minor under the age of eighteen (18), but who was in fact, an undercover law enforcement officer, to engage in sexual activity for which a person may be charged with a criminal offense under Indiana law;

All in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL:

S/ Foreperson
FOREPERSON

DAVID CAPP
ACTING UNITED STATES ATTORNEY

By:   S/ Philip C. Benson
      Philip C. Benson
      Assistant United States Attorney
      Northern District of Indiana